**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Barnaby, Inc** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-3159155** | |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1600 Mountain St.**<br>**Aurora, IL 60505**<br>Number, Street, City, State & ZIP Code | **323 Kingsbury Dr.**<br>**DeKalb, IL 60115**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kane**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **n/a** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Barnaby, Inc** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5191**

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **Paul R. Barnaby Jr. and Kathleen J. Barnaby** | Relationship | **Shareholder** |
|---|---|---|---|
| District | **N.D. Il.** | When | **5/04/18** | Case number, if known | **18-81008** |

| Debtor | **Barnaby, Inc** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district?***

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

█  **Statistical and administrative information**

**13. Debtor's estimation of available funds**        .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Barnaby, Inc** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 10, 2018**
MM / DD / YYYY

**X** **/s/ Paul R. Barnaby, Jr.**                    **Paul R. Barnaby, Jr.**
Signature of authorized representative of debtor        Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Kent A. Gaertner**                    Date    **September 10, 2018**
Signature of attorney for debtor                MM / DD / YYYY

**Kent A. Gaertner 3121489**
Printed name

**Kent A. Gaertner P.C.**
Firm name

**300 S. County Farm Rd.**
**Suite I**
**Wheaton, IL 60187**
Number, Street, City, State & ZIP Code

Contact phone    **(630) 510-0000**        Email address    **kgaertner@springerbrown.com**

**3121489 IL**
Bar number and State

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____    Chapter    **7** |

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**▮▮▮**   **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **September 10, 2018**
MM / DD / YYYY

X _~signature~_                                    Paul R. Barnaby, Jr.
Signature of authorized representative of debtor                Printed name

Title  **President**

**18. Signature of attorney**

X _~signature~_                                    Date  **September 10, 2018**
Signature of attorney for debtor                            MM / DD / YYYY

**Kent A. Gaertner 3121489**
Printed name

**Kent A. Gaertner P.C.**
Firm name

**300 S. County Farm Rd.**
**Suite I**
**Wheaton, IL 60187**
Number, Street, City, State & ZIP Code

Contact phone  **(630) 510-0000**      Email address  **kgaertner@springerbrown.com**

**3121489 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Barnaby, Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 10, 2018**        X _____
                                               Signature of individual signing on behalf of debtor

                                               **Paul R. Barnaby, Jr.**
                                               Printed name

                                               **President**
                                               Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Barnaby, Inc** _____

                       Debtor(s)

Case No. _____

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **38**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September 10, 2018** _____

**Paul R. Barnaby, Jr./President**
Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Barnaby, Inc** _____

_____   Debtor(s)

Case No. _____

Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Barnaby, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 10, 2018** _____

Date

_____

Kent A. Gaertner 3121489

Signature of Attorney or Litigant

Counsel for   **Barnaby, Inc** _____

Kent A. Gaertner P.C.
300 S. County Farm Rd.
Suite I
Wheaton, IL 60187
(630) 510-0000 Fax:(630) 510-0004
kgaertner@springerbrown.com

**Fill in this information to identify the case:**

Debtor name      **Barnaby, Inc**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  *Amended Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 10, 2018**      X /s/ **Paul R. Barnaby, Jr.**
                                         Signature of individual signing on behalf of debtor

                                         **Paul R. Barnaby, Jr.**
                                         Printed name

                                         **President**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **Barnaby, Inc**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

| 2.1 | **Konica Minolta** | Describe debtor's property that is subject to a lien | $114,357.00 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**21146 Network Place**
**Chicago, IL 60673**

Creditor's mailing address

**Debtor account receivable with Khouri**

**Describe the lien**

**Citation Lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**

**Last 4 digits of account number**
**6180**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Konica Minolta** | Describe debtor's property that is subject to a lien | $7,794.00 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**21146 Network Place**
**Chicago, IL 60673**

Creditor's mailing address

**Account receivable from Khouri**

**Describe the lien**

**Citation Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   **Barnaby, Inc**
    Name                                                       Case number *(if know)*

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **LVNV Funding LLC.** | | $7,216.00 | $10,000.00 |

Creditor's Name

**Mandarich Law Group**
**420 N. Wabash Av. Ste.**
**#400**
**Chicago, IL 60611**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**6867**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Account receivable created by asset purchase agreement dated 8/29/17 in the amount of $10,000.**

**Describe the lien**
**Blanket Lien- Business Loan or Line of Credit**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **LVNV Funding, LLC** | | $44,603.00 | $0.00 |

Creditor's Name

**c/o Mandarich Law Group**
**LLP.**
**420 N. Wabash Av.  Ste.**
**400**
**Chicago, IL 60611**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**6867**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Account receivable created by asset purchase agreement dated 8/29/17 in the amount of $10,000.**

**Describe the lien**
**Blanket Lien- Business Loan or Line of Credit**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     | $173,970.00 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 2 of 3

| Debtor | **Barnaby, Inc** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if know) | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **LVNV Funding, LLC**<br>**c/o Resurgence Legal Group LLC.**<br>**1161 Lake Cook Rd. Ste. E**<br>**Deerfield, IL 60015** | Line  **2.3** | |
| **Resurgence Legal Group LLC.**<br>**1161 Lake Cook Rd.**<br>**Ste. E**<br>**Deerfield, IL 60015** | Line  **2.4** | |
| **Rocio Herrara**<br>**Noonan & Lieberman**<br>**105 W. Adams, Ste. #1100**<br>**Chicago, IL 60603** | Line  **2.1** | |
| **Rocio Herrara**<br>**Noonan & Lieberman**<br>**105 W. Adams, Ste. #1100**<br>**Chicago, IL 60603** | Line  **2.2** | |
| **Thomas Gearhart**<br>**Teller. Levi & Silvertrtust, P.C.**<br>**19 S. LaSalle St. Ste. 701**<br>**Chicago, IL 60603** | Line  **2.1** | |
| **Thomas Gearhart**<br>**Teller. Levi & Silvertrtust, P.C.**<br>**19 S. LaSalle St. Ste. 701**<br>**Chicago, IL 60603** | Line  **2.2** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Barnaby, Inc**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
|  | **Illinois Department of Revenue** | *Check all that apply.* | | |
|  | **Bankruptcy Section Level 7-425** | ☐ Contingent | | |
|  | **100 W. Randolph St.** | ■ Unliquidated | | |
|  | **Chicago, IL 60602** | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | **2016 & 2017** | **Unpaid Employment Taxes** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY | ■ No | | |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |
|  | **Internal Revenue Service** | *Check all that apply.* | | |
|  | **Mail Stop 5010 CHI** | ☐ Contingent | | |
|  | **230 S. Dearborn St.** | ■ Unliquidated | | |
|  | **Chicago, IL 60604** | ■ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | **2017 &2016** | **Unpaid Employment Taxes** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY | ■ No | | |
|  | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Barnaby, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.1** Nonpriority creditor's name and mailing address
**Captial One**
P.O. Box 6492
Carol Stream, IL 60197-6492

Date(s) debt was incurred **2015 to 2017**

Last 4 digits of account number **9889**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card used for business purchases**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,684.00**

---

**3.2** Nonpriority creditor's name and mailing address
**Joseph Khouri**
**Green T Services**
1600 Mountain St.
Aurora, IL 60505

Date(s) debt was incurred **2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loans used for business purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.3** Nonpriority creditor's name and mailing address
**Pitney Bowes- Global Finance**
P.O. Box 371887
Pittsburgh, PA 15250

Date(s) debt was incurred **2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Breach of Contract**

Is the claim subject to offset? ■ No  ☐ Yes

**$612.00**

---

**3.4** Nonpriority creditor's name and mailing address
**RVG Milner Carpenter Realty**
1731 DeKalb Av.
Sycamore, IL 60178

Date(s) debt was incurred **12/16**

Last 4 digits of account number **1476**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Lease commission**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,286.00**

---

**3.5** Nonpriority creditor's name and mailing address
**Sharon Lyon**
1824 Forest View Dr.
Sycamore, IL 60178

Date(s) debt was incurred **2016-17**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Unpaid wages**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.6** Nonpriority creditor's name and mailing address
**Shell**
**Customer Service**
P.O. Box 6170
Sioux Falls, SD 57117-6170

Date(s) debt was incurred **2017**

Last 4 digits of account number **5172**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7** Nonpriority creditor's name and mailing address
**Steve Barnaby**
1910 Perry Ct.
Sycamore, IL 60178

Date(s) debt was incurred **2015**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Business buy out agreement**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,675.00**

---

| Debtor | Barnaby, Inc | Case number (if known) | |
|--------|--------------|------------------------|--|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Timothy Hersher
108 W. Cherokee
Shabbona, IL 60178

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  __2016-17__

Last 4 digits of account number  _

Basis for the claim:  __Unpaid wages__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00**

Tompkins Printing Equipment
5050 N. Rose St.
Schiller Park, IL 60176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2017__

Last 4 digits of account number  _

Basis for the claim:  __Breach of Contract__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,646.00**

U.S. Bank Cardmember Services
P.O. Box 6335
Fargo, ND 58125-6335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2015 to 2018__

Last 4 digits of account number  __6638__

Basis for the claim:  __Credit card purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,854.00**

U.S. Bank Cardmember Services
P.O. Box 6335
Fargo, ND 58125-6335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2015 - 2018__

Last 4 digits of account number  __9472__

Basis for the claim:  __Credit card purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,178.00**

U.S. Bank Cardmember Services
P.O. Box 6335
Fargo, ND 58125-6335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2015 to 2018__

Last 4 digits of account number  __2876__

Basis for the claim:  __Credit card purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,726.00**

U.S. Bank Cardmember Services
P.O. Box 6335
Fargo, ND 58125-6335

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2015 to 2018__

Last 4 digits of account number  __2234__

Basis for the claim:  __Credit card purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5. Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|--|------------------------|

| Debtor | **Barnaby, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $    0.00 |
| **5b. Total claims from Part 2** | | 5b.  +  $ | 140,361.00 |
| | | | |
| **5c. Total of Parts 1 and 2** | | 5c. | $    140,361.00 |
| Lines 5a + 5b = 5c. | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Barnaby, Inc** _____   Case No. _____

_____   Chapter   **7**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................   $ _____**3,500.00**

    Prior to the filing of this statement I have received ............................   $ _____**3,500.00**

    Balance Due ........................................................................   $ _____**0.00**

2.  $ __**335.00**__  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):   **Paul R. Barnaby Jr.**

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**September 10, 2018** _____   **/s/ Kent A. Gaertner** _____
_Date_                                           **Kent A. Gaertner 3121489**
                                                 _Signature of Attorney_
                                                 **Kent A. Gaertner P.C.**
                                                 **300 S. County Farm Rd.**
                                                 **Suite I**
                                                 **Wheaton, IL 60187**
                                                 **(630) 510-0000   Fax: (630) 510-0004**
                                                 **kgaertner@springerbrown.com**
                                                 _Name of law firm_

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Barnaby, Inc**

_____   Case No. _____
Debtor(s)                                  Chapter   **7**    _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 3,500.00 |
    | Prior to the filing of this statement I have received | $ | 3,500.00 |
    | Balance Due | $ | 0.00 |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor     ■ Other (specify)   **Paul R. Barnaby Jr.**

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 10, 2018**
_____
Date

_____
Kent A. Gaertner 3121489
_Signature of Attorney_
**Kent A. Gaertner P.C.**
**300 S. County Farm Rd.**
**Suite I**
**Wheaton, IL 60187**
**(630) 510-0000  Fax: (630) 510-0004**
**kgaertner@springerbrown.com**
_Name of law firm_

---



WHEATON OFFICE CENTER
300 S. COUNTY FARM ROAD
SUITE 1
WHEATON, IL 60187

T 630.510.0000
F 630.510.0004

September 5, 2018

Mr. Paul Barnaby
Barnaby, Inc.
323 Kingsbury Dr.
DeKalb, Il. 60115

**Re:**     **Chapter 7 Bankruptcy Filing**
**Legal Services Agreement and Engagement Letter**

Dear Mr. Barnaby:

Pursuant to our recent discussion, please accept this letter as it sets forth the basic terms and conditions upon which **Kent A. Gaertner P.C.** ("ATTORNEY") will perform legal services for **Barnaby, Inc.** (the "Client") in the above referenced matter (the "Engagement").

This letter shall (1) confirm that the Client have retained ATTORNEY (2) confirm the scope of the Engagement, and (3) describe the basis upon which ATTORNEY will bill for its services.

**<u>Scope of Representation</u>**

The Client, has asked ATTORNEY to assist in representing them in:

1.   The assessment of their assets and liabilities.

2.   Assisting the Client with consolidating information on assets and liabilities to facilitate the Chapter 7 filing,

3.   Analyzing past financial history of the Client as it may effect the Chapter 7 including transfers and preferences.

4.   The preparation and filing of a Chapter 7 bankruptcy petition on behalf of the Client. This shall include the preparation and filing of one Motion to Extend Time to File Schedules and attendance at the hearing thereon.  Any additional motions shall be billed at the hourly rate of $350.00/hour.

5.   Representation of the Client' interests in dealings with the appointed Chapter 7 Trustee and with creditors.

**The representation does not include representation of the Client in connection with <u>any litigation</u> arising out of the Chapter 7 filing, including,**

**but not limited to, depositions under Rule 2004, motions to quash the pending body writ against the Client's shareholder, representation in state court collection actions of any kind or adversary complaints of any kind. If such litigation is instituted, a new fee arrangement will be entered into between the Client and ATTORNEY to cover such representation.**

<u>**Determination of Fees and Expenses**</u>

Legal work varies greatly. Although we are often engaged by our client to perform specific and limited tasks, our primary role as legal advisors is to offer our knowledge, experience and independent judgment. Recognizing this, our focus in charging for services is to arrive at a fee, which is fair and appropriate considering all of the circumstances.

Legal services provided by attorneys are fee for service arrangements generally involving the payment of a retainer fee to the attorney. In this matter, the Client, through its principals, authorized agents or assigns, have agreed to retain ATTORNEY with an advance payment retainer of **$3,835.00** (the "retainer") for services rendered as delineated above. ATTORNEY proposes to charge the Client a flat fee for time and services, as delineated in the scope of representation above, expended on the matter (**$3,500.00 attorney fee and $335.00 filing fee to the Clerk of the Bankruptcy Court**). Checks should be payable to "**KENT A. GAERTNER P.C.**"

**Should the representation be terminated prior to the filing of a Chapter 7 bankruptcy for any reason, ATTORNEY shall be entitled to be paid for the time expended on the file at a rate of $350.00 per hour plus reimbursement of its costs expended. If any portion of the retainer is unearned or not required for expenses, it will be refunded to the client. Upon the transmittal to the Client of the first draft of the petition, the fee will be deemed earned in full.**

Kent A. Gaertner P.C. concentrates his practice in the area of bankruptcy and bankruptcy litigation and is duly licensed and authorized to practice law in the State of Illinois and United States District Court for the Northern District of Illinois. Non-attorney support staff time although expended, will NOT be billed out without prior approval by the Client, and will be billed at the rate of bill $125 per hour. All legal services will be performed under the supervision of the owning member attorneys of the law firm.

The retainer stated above shall be considered an "advance payment" retainer pursuant to Dowling v. Chicago Options Associates, Inc. 875 N.E.2d, 1012, Ill., 2007 and pursuant to Rule 1.15 of the Illinois Rules of Professional Conduct. This means that the retainer is considered earned when paid in anticipation of future work. The retainer will not be held in a client trust

account but instead will be deposited into the general operating account of our law firm. You have the right to require the funds be held as a "security retainer" which means they remain the Client' property until actually earned by completion of the representation as defined above. The choice of how the retainer is treated (i.e. either security or advanced payment) is the client' alone. However, ATTORNEY will not agree to represent the Client unless the retainer is an advanced payment retainer. The special purpose for the advanced payment retainer is to protect the funds from the claims of creditors. Client' funds that are held in a security retainer are still the property of the Client until earned by the lawyer. Therefore, funds held in a security retainer could be garnished by a creditor or turned over to a Bankruptcy Trustee. This would cause ATTORNEY to have no recourse for payment of its fee by the Client/ Debtor. Given the financial condition of the Client and the possibility that ATTORNEY could lose the retainer to a creditor or a bankruptcy trustee, if it were determined to be property of the bankruptcy estate, the advance payment retainer offers protection to the Client and ATTORNEY that the fees for the representation will be available.

ATTORNEY cannot quote a specific final fee for services in this matter because we cannot control or predict the nature or extent of the services that may have to be provided. However, please be assured that we are sensitive to your needs, and that we will do our best at all times to minimize fess and expenses to the extent possible consistent with the furnishings of effective legal services.

In addition to our fees for services, we also bill our client for out-of-pocket expenses incurred on their behalf. Reimbursable out-of-pocket expenses include the following: filing fees, computerized legal research fees, electronic access and filing fees, photocopying expenses, long distance telephone toll charges, telecopy charges, necessary travel expenses, and so forth. Please be advised of our firm policy that clients are required to advance or pay directly any disbursements in excess of $300.

**Termination**

The Client may terminate our engagement as counsel at any time for any reason. ATTORNEY may withdraw as the Client' legal counsel or from our representation of the Client in any particular matter for good cause, which includes the Client' failure to perform their obligations described in this letter, failure to timely make payment for services rendered and expenses advanced, refusal to cooperate with us or to follow our advice on a material matter, or any other fact or circumstances that would render our continuing representation unlawful or unethical. If and when our services to the Client conclude, all unpaid fees and costs will be immediately due and payable

**Duties**

3

Effective legal representation requires a high level of cooperation between attorney and client. **Therefore, by executing this letter, the Client agree to cooperate with us, keep us fully and truthfully informed of all developments, and to abide by this letter**. In turn, we are agreeing to provide those legal services reasonably required to represent the Client with respect to the matters described above and to take reasonable steps to keep the Client informed of our progress and to respond to the Client' inquiries. Of course, we cannot make any promises or guarantees about the outcome of the matters as to which the Client have engaged us, and nothing in this letter or in our statements should be so construed. When we provide our opinion as to the probable outcome of any matter, it is with the understanding that our opinion is just that, and not a promise or guarantee.

We encourage our client to participate actively in the matters we are handling for them, as they are much closer to the details and effects of their affairs than we are and we wish to be certain that our efforts converge with our client' goal. If at any time you should have a concern, or if we may be of service in another substantive area, we would ask that you raise it with us at once so that we can address your need without delay.

## Electronic Communications

Our client and our law firm increasingly rely upon electronic communication such as e-mail, text-messaging, cellular telephones and electronic faxes (collectively, "**Electronic Communications**"). By engaging us, absent the Client' specific instructions to the contrary, you authorize us to use Electronic Communications. Because of their nature, Electronic Communications are not as secure as more traditional lines of communications, such as hard-wired telephones and telephonic faxes, U.S. Mail or couriers. The Client understands that some risk exists that any and all Electronic Communications could be intercepted by an unauthorized third party, and the Client hereby accepts the risk. With respect to the use of Electronic Communications for matters of particular sensitivity or for information that could be compromising or damaging to the Client, the Client acknowledges that each contact person with whom we are or will be directly working, including ATTORNEY, have the authority to consent specifically to the use of Electronic Communications for such matters. We shall also consider communications from the Client by Electronic Communications as specific consent to respond by Electronic Communications. *If the Client do not wish to use Electronic Communications for any particular matter or matters, you will so advise us in writing, or will so advise us orally and confirm the instruction promptly in writing.*

## Other Client/Conflicts of Interest

As a specialty boutique law firm, it is common for ATTORNEY to be engaged to represent more than one party in a significant bankruptcy or work-out / debt reorganization case. We do not believe that a conflict of interest is raised if we represent more than one party in a Bankruptcy case, as long as all of our client are adverse to the debtor. We currently have reviewed the case and as of the date of this legal engagement letter, ATTORNEY does not

4

represent any parties adverse to the Client. However, as is usually the case in any bankruptcy proceeding, the existence of other, non-listed or otherwise unknown parties may give rise to multiple representation by ATTORNEY. In fact, we often find that our client generally benefit from the economics of scale that arise when fees and costs can be spread among a number of different parties. Therefore, the Client should be aware that we may in the future be contacted to represent other creditors or non-Debtor parties in interest of the above referenced and related Bankruptcy proceeding. Of course, we will do our standard check to assure that no new client raises an adverse and/or conflict issue and we will notify you promptly if we become aware of a potential or a pre-existing conflict. However, if we do not perceive a conflict of interest, we may accept other client without seeking the Client' approval. In the unlikely event that the Client decides to take a position adverse to that of another one of our client in this case (a possibility we do not foresee at this time) then we will not be able to represent the Client in that dispute.

If the foregoing terms upon which we propose to be engaged and the nature of the engagement are acceptable, please sign or please have a duly authorized representative of the Client sign and return to me the enclosed copy of this letter. Thank you.

Sincerely,

**KENT A. GAERTNER P.C.**

By:

_____
Kent A. Gaertner
Attorney


Accepted and agreed to by:                    **Barnaby, Inc.**

By: _____
Paul Barnaby, President

Date: __9/5/18__

5

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Barnaby, Inc** _____   Case No. _____
                                        Debtor(s)         Chapter   **7** _____

### VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **23**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **September 10, 2018** _____        **/s/ Paul R. Barnaby, Jr.** _____
                                                      **Paul R. Barnaby, Jr./President**
                                                      Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Barnaby, Inc_____

                                          Debtor(s)

Case No.  _____

Chapter  __7_____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Barnaby, Inc__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__September 10, 2018_____
Date

/s/ Kent A. Gaertner
**Kent A. Gaertner 3121489**
Signature of Attorney or Litigant
Counsel for  **Barnaby, Inc**
**Kent A. Gaertner P.C.**
**300 S. County Farm Rd.**
**Suite I**
**Wheaton, IL 60187**
**(630) 510-0000 Fax:(630) 510-0004**
**kgaertner@springerbrown.com**